# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNATHAN R. BOWERS,<br><br>Defendant. | PO 25-5025-H-KLD<br><br>VIOLATION:<br>F0EF0005<br>Location Code: M8<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $150 fine and $30 processing fee for the violation F0EF0005 (for a total of $180), and for good cause shown, **IT IS ORDERED** that the $180 fine paid by the defendant is accepted as a full adjudication of violation F0EF0005.

**IT IS FURTHER ORDERED** that all court proceedings are

VACATED DATED this 16th day of July 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge